UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC COHODES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIMEDX GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00368-RFL<br><br>**ORDER EXTENDING DANIEL GUY'S DEADLINE TO RETAIN COUNSEL**<br><br>Re: Dkt. No. 196 |

On January 10, 2025, the Court ordered Defendant Daniel Guy to retain new counsel by February 10, 2025. Dkt. No. 194. On February 7, 2025, Guy informed the Court that he had not been able to retain new counsel, and requested additional time to do so. Dkt. No. 196. By **March 3, 2025**, Guy is ORDERED to have new counsel file a notice of appearance, or to provide a statement that he intends to proceed without an attorney. Should Guy fail to retain counsel by this date, the Court will treat him as representing himself and thus as proceeding without the benefit of an attorney. Either way, he will be expected to comply with the case deadlines as set.

　　**IT IS SO ORDERED.**

Dated: February 10, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　United States District Judge