UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC COHODES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIMEDX GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00368-RFL<br><br>**ORDER FOR HARRINGTON GLOBAL OPPORTUNITIES FUND TO SHOW CAUSE**<br><br>Re: Dkt. No. 194 |

On January 10, 2025, the Court granted Harrington Global Opportunities Fund's counsel's motion to withdraw and ordered Harrington to retain new counsel or to request an extension by February 10, 2025. The Court warned Harrington that "it must retain new counsel or risk default judgment against it." (Dkt. No. 194.) As of the date of this order, new counsel has not filed a notice of appearance on behalf of Harrington, and Harrington has not requested an extension. Therefore, Harrington is **ORDERED** to show cause by **February 26, 2025**, why it has failed to comply with the Court's order.

　　**IT IS SO ORDERED.**

Dated: February 13, 2025

_____
RITA F. LIN
United States District Judge

1