UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC COHODES, | Case No. 22-cv-00368-RFL |
| Plaintiff, | |
| v. | **ORDER DISCHARGING OSC AND EXTENDING HARRINGTON GLOBAL OPPORTUNITIES FUND, LTD.'S DEADLINE TO RETAIN COUNSEL** |
| MIMEDX GROUP, INC., et al., | |
| Defendants. | Re: Dkt. Nos. 199, 200 |

For good cause shown (Dkt. No. 200), Harrington Global Opportunities Fund Ltd.'s deadline to retain counsel is extended to the same date as defendant Daniel Guy's deadline, which was **March 3, 2025**.  By that date, Harrington must have new counsel file a notice of appearance.  Failure to do so could result in default judgment against Harrington.  (Dkt. No. 194.)  The Order to Show Cause is discharged.  (Dkt. No. 199.)

**IT IS SO ORDERED.**

Dated:  February 26, 2025

RITA F. LIN
United States District Judge