1

2

3

4                              UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    MARC COHODES,                              Case No. 22-cv-00368-RFL   (KAW)

8                    Plaintiff,

9         v.                                    ORDER REGARDING PLAINTIFF'S
                                                REQUEST FOR TELEPHONIC
10   MIMEDX GROUP, INC., et al.,                CONFERENCE AND ALTERNATIVE
                                                PROCEDURES
11                  Defendants.
                                                Re: Dkt. No. 242

12

13        On October 14, 2025, Plaintiff Mark Cohodes filed a request for a telephonic conference to

14   enforce meet and confer requirements and to fashion alternative procedures to resolve further

15   discovery disputes.  (Dkt. No. 242.)  Plaintiff's request was based on Defendant Derrick Snowdy's

16   failure to provide adequate discovery responses and to meet and confer.

17        Specifically, Plaintiff stated that he served Defendant Snowdy with Requests for

18   Admission ("RFAs") and Requests for Production ("RFPs") on February 21, 2025.  (Judge Decl. ¶

19   3.)  Following an April 24, 2025 meet and confer, Defendant Snowdy agreed to provide amended

20   responses by May 5, 2025.  (Judge Decl. ¶ 3.)  After Plaintiff repeatedly followed up, Defendant

21   Snowdy provided amended responses to the RFAs only on May 15, 2025.  (Judge Decl. ¶ 4.)

22   Following a May 23, 2025 meet and confer regarding a separate discovery issue, Defendant

23   Snowdy agreed to provide amended responses to the RFPs and RFAs by May 29, 2025.  (Judge

24   Decl. ¶ 4.)  After he failed to do so, Plaintiff's counsel again followed up repeatedly.  (Judge Decl.

25   ¶ 4.)  On July 16, 2025, Defendant Snowdy agreed to provide amended responses to the RFPs by

26   July 21, 2025.  (Judge Decl. ¶ 4.)  On July 23, 2025, Defendant Snowdy provided amended

27   responses to the RFPs, indicating that he would produce documents.  (Judge Decl. ¶ 5.)  To date,

28   however, Defendant Snowdy has not provided any responsive documents, despite Plaintiff

United States District Court
Northern District of California

1   reaching out on August 14, 2025, August 22, 2025, September 4, 2025, September 10, 2025,

2   September 24, 2025, and September 26, 2025.  (Judge Decl. ¶ 5.)  Defendant Snowdy did not

3   respond to any of these e-mails.  (Judge Decl. ¶ 5.)

4          To date, Defendant Snowdy has not filed a response to the motion.

5          The Court does not believe a telephonic conference is required at this time.  The Court,

6   however, ORDERS as follows:

7          (1)     Defendant Snowdy shall meet and confer with Plaintiff within **three business days**

8   of the date of this order on all outstanding discovery requests.  Going forward, Defendant Snowdy

9   shall respond to meet and confer requests within **three business days** of the request, and meet and

10  confer within **five business days** of the request absent a showing of good cause of unavailability

11  or agreement by Plaintiff.

12         (2)     Defendant Snowdy shall supplement his responses to RFAs and produce all

13  responsive documents within **seven calendar days** of the date of this order, as well as a privilege

14  log as to any documents being withheld on the grounds of privilege.

15         Should Defendant Snowdy fail to comply fully with this order, Plaintiff is permitted to file

16  a motion for discovery sanctions and attorney's fees related to discovery, including for time spent

17  trying to get Defendant Snowdy to meet and confer.

18         IT IS SO ORDERED.

19  Dated: October 23, 2025

20                                          _____
                                            KANDIS A. WESTMORE
21                                          United States Magistrate Judge

United States District Court
Northern District of California

2