FRED NORTON (CA SBN 224725)
fnorton@nortonlaw.com
GIL WALTON (CA SBN 324133)
gwalton@nortonlaw.com
MATTHEW LISCOVITZ (SBN 334381)
mliscovitz@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Plaintiff
MARC COHODES

*Additional counsel listed on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC COHODES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIMEDX GROUP, INC., a Florida corporation, DERRICK SNOWDY, an individual; DANIEL GUY, an individual; and HARRINGTON GLOBAL OPPORTUNITIES FUND, LTD, a Bermuda corporation,<br><br>Defendants. | Case No. 3:22-CV-00368-RFL (KAW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>[Local Rule 6-2]<br><br>Judge: Hon. Rita F. Lin |

Pursuant to Local Rule 6-2, PLAINTIFF MARC COHODES, DEFENDANT DERRICK SNOWDY, DEFENDANT DANIEL GUY, DEFENDANT HARRINGTON GLOBAL OPPORTUNITIES FUND, LTD., and DEFENDANT MIMEDX GROUP, INC., hereby stipulate to amend the existing Scheduling Order (Dkt. 260). The Parties make this stipulation to extend the deadlines in this case so that they may complete fact discovery; resolve remaining discovery disputes without the need for the Court's intervention; and accommodate the schedules of deponents and their counsel, including third-party witnesses and deponents living abroad. The proposed changes are reflected in the chart below:

| Event | Existing Deadline | Extended Deadline |
|---|---|---|
| Updated Case Management Statement | July 15, 2026 | August 26, 2026 |
| Last Day to Notice Depositions | July 24, 2026 | September 4, 2026 |
| Further Case Management Conference | July 29, 2026 | September 9, 2026 |
| Close of Fact Discovery | August 21, 2026 | October 2, 2026 |
| Initial Expert Reports | August 28, 2026 | October 9, 2026 |
| Rebuttal Expert Reports | September 25, 2026 | November 6, 2026 |
| Close of Expert Discovery | October 23, 2026 | December 4, 2026 |
| Dispositive Motions Due | November 13, 2026 | January 8, 2027 |
| Dispositive Motion Hearing | December 8, 2026 | February 2, 2027 |
| Pretrial Conference | February 16, 2027 | April 13, 2027 |
| Jury Trial | March 22, 2027 | May 24, 2027 |

## RECITALS

WHEREAS, Cohodes filed this lawsuit against Daniel Guy, Derrick Snowdy, and MiMedx Group, Inc., on January 19, 2022. Dkt. 1.

WHEREAS, after engaging in jurisdictional discovery and litigating a series of motions to dismiss and motions to strike, Cohodes filed his Second Amended Complaint on October 15, 2024. Dkt. 171.

WHEREAS, on November 18, 2024, Cohodes, Snowdy, Guy, and Harrington stipulated that

Cohodes would dismiss his claims for defamation and false light invasion of privacy, and in exchange, Snowdy, Guy, and Harrington would "not file further anti-SLAPP motions to strike in this matter." Dkt. 181. That stipulation further states that Snowdy's, Guy's, and Harrington's answers to the SAC would be due on December 13, 2024. *Id*.

WHEREAS, on December 3, 2024, Cohodes agreed as a courtesy to a one-week extension of time for Guy and Harrington to answer the SAC. Dkt. 182.

WHEREAS, on December 13, 2024, Cohodes agreed as a courtesy to a seven-day extension of time for Snowdy to answer the SAC. Dkt. 184.

WHEREAS, on December 18, 2024, Cohodes agreed as a courtesy to an eighteen-day extension of time for Guy and Harrington to answer the SAC. Dkt. 186.

WHEREAS, on December 20, 2024, Cohodes agreed to an additional six-day extension of time for Snowdy to answer the SAC. Dkt. 187.

WHEREAS, on December 26, 2024, Snowdy filed his Answer to the SAC. Dkt. 188.

WHEREAS, on March 3, 2025, Guy and Harrington filed their Answer to the SAC. Dkt. 202.

WHEREAS, the parties are engaged in discovery that has necessitated extensions of time for the parties to provide responses and amended responses to discovery requests, document productions, and privilege logs. The parties are also continuing to schedule and take depositions of both parties and nonparties.

WHEREAS, following a request by Cohodes for a telephonic conference regarding discovery issues, on October 23, 2025, Magistrate Judge Westmore ordered that "Defendant Snowdy shall supplement his responses to [Cohodes's] RFAs and produce all responsive documents within seven calendar days of the date of this order, as well as a privilege log as to any documents being withheld on the grounds of privilege." Dkt. 244. On October 31, 2025, Snowdy served amended responses to Cohodes's requests for production and a privilege log. Decl. of G. Walton, ¶ 8a. Snowdy then made a production of documents on November 3, 2025. *Id.*

WHEREAS, in response to Cohodes's request for production of documents, MiMedx served a privilege log on July 22, 2025. *See* Decl. of G. Walton, ¶ 8b. Since then, MiMedx and Cohodes have met and conferred several times in an effort to narrow their disputes over the scope of the privilege log.

MiMedx and Cohodes anticipate resolving issues regarding MiMedx's privilege log through settlement. *Id.*

WHEREAS, on April 16, 2025, Cohodes filed a Motion for Issuance of Letters Rogatory to foreign witnesses, to which Harrington, Guy, and Snowdy objected. After several rounds of briefing, on October 23, 2025, Magistrate Judge Westmore granted Cohodes's request to issue the schedules identified in his proposed letter rogatory. Dkt. 243. Counsel for Cohodes served the letter rogatory schedules on Canadian witnesses Naomi Lutes and Tom Klatt. Decl. of G. Walton, ¶ 8c. After several meet-and-confers, Canadian counsel for Lutes and Klatt agreed to depositions and will shortly provide availability for Lutes and Klatt. *Id.* Once counsel for Cohodes has received Lutes' and Klatt's availability, they will coordinate mutually agreeable deposition dates with Defendants' counsel. *Id.*

WHEREAS, the parties have noticed depositions of parties that have not yet taken place, including the depositions of Cohodes, Snowdy, Guy, and Harrington's 30(b)(6) witness. *See* Decl. of G. Walton, ¶ 8d. The parties are in the process of negotiating mutually agreeable dates for those depositions and are attempting to resolve disputes related to the scope and duration of some of those depositions. *Id.*

WHEREAS, to date, the parties have taken the depositions of several nonparty witnesses, including former MiMedx employees Leana (Moss) Tatum, Lexi Haden, Mark Landy, and Bill Taylor. *See* Decl. of G. Walton, ¶ 8e. Cohodes has also served deposition subpoenas on several other non-party witnesses, including Parker "Pete" Petit, the former CEO of MiMedx. *Id.* Counsel for Cohodes has met and conferred with counsel for some of these non-party witnesses and has been informed that at least one witness may be unavailable before the current close of fact discovery due to a personal medical issue. *Id.*

WHEREAS, the parties seek to extend all current case deadlines to allow the parties to complete fact discovery; resolve remaining discovery disputes without the need for the Court's intervention; and accommodate the schedules of deponents and their counsel, including third-party witnesses and deponents living abroad.

WHEREAS Local Rule 6-2 provides that the parties may file a stipulation requesting an order that would extend time frames set in the Local Rules or the Federal Rules.

WHEREAS, the parties have agreed to the following extensions of time:

| Event | Existing Deadline | Extended Deadline |
|---|---|---|
| Updated Case Management Statement | July 15, 2026 | August 26, 2026 |
| Last Day to Notice Depositions | July 24, 2026 | September 4, 2026 |
| Further Case Management Conference | July 29, 2026 | September 9, 2026 |
| Close of Fact Discovery | August 21, 2026 | October 2, 2026 |
| Initial Expert Reports | August 28, 2026 | October 9, 2026 |
| Rebuttal Expert Reports | September 25, 2026 | November 6, 2026 |
| Close of Expert Discovery | October 23, 2026 | December 4, 2026 |
| Dispositive Motions Due | November 13, 2026 | January 8, 2027 |
| Dispositive Motion Hearing | December 8, 2026 | February 2, 2027 |
| Pretrial Conference | February 16, 2027 | April 13, 2027 |
| Jury Trial | March 22, 2027 | May 24, 2027 |

WHEREAS, the other time modifications in this case have been:

- To stipulate that MiMedx may have an extension to answer or otherwise respond to the Complaint, Dkt. 11;
- To stipulate that Guy may have extensions to answer or otherwise respond to the Complaint, Dkts. 24, 41, 42 and;
- To stipulate that Snowdy may have extensions to answer or otherwise respond to the Complaint, Dkts. 43, 44;
- To stipulate that Cohodes may have an extension to oppose Snowdy's Special Motion to Strike Portions of the Complaint, Dkt. 51, and Motion to Dismiss Complaint, Dkt. 52. Dkt. 54. This stipulation also extended the time for Snowdy to file his replies in support of those motions. *Id.*
- To extend the deadline for the completion of jurisdictional discovery to March 31, 2023, and to simultaneously extend the deadline for Cohodes to file his First Amended Complaint to April 17, 2023. Dkt. 81.

- To extend the deadline for the completion of jurisdictional discovery to July 31, 2023, and to simultaneously extend the deadline for Plaintiff Cohodes to file his FAC to August 18, 2023. Dkt. 84.
- To extend the deadline for the completion of jurisdictional discovery to October 2, 2023, and to simultaneously extend the deadline for Cohodes to file his FAC to October 20, 2023. Dkt. 90.
- To stipulate to extend the deadline for Guy to respond to Cohodes's FAC to January 17, 2024. Dkt. 113
- To stipulate to extend the deadline for Snowdy to respond to Cohodes's FAC to January 11, 2024. Dkt. 118
- To stipulate to extend the deadline for MiMedx to respond to Cohodes's FAC to January 11, 2024. Dkt. 119.
- To stipulate to extend the deadline for Snowdy to respond to Cohodes's FAC to January 17, 2024. Dkt. 120.
- To stipulate to extend the deadline for MiMedx to respond to Cohodes's FAC to January 17, 2024. Dkt. 121.
- To stipulate to extend the deadline for Snowdy to respond to Cohodes's FAC to January 31, 2024. Dkt. 122.
- To stipulate to extend the deadline for Guy to respond to Cohodes's FAC to January 31, 2024. Dkt. 123
- To stipulate that Cohodes may have an extension to oppose Snowdy's Special Motion to Strike and Motion to Dismiss the FAC, Dkt. 128 & 129, and to oppose Defendant Guy's Motion to Dismiss for Lack of Personal Jurisdiction, Dkt. 130. Dkt. 131. This stipulation also extended the time for Snowdy and Guy to file their replies in support of those motions. *Id.*
- To stipulate that Cohodes may have an extension to oppose Guy's Motion to Dismiss for Lack of Personal Jurisdiction, Dkt. 130. Dkt. 133. This stipulation also extended the time for Guy to file his reply in support of the motion. *Id.* The stipulation did not affect

the hearing date. *Id.*

- To stipulate to extend time for Harrington to respond to Cohodes's FAC to May 29, 2024. Dkt. 155
- To stipulate that Cohodes may have an extension to oppose Harrington's Motion to Dismiss for Lack of Personal Jurisdiction, Dkt. 156. Dkt. 157. This stipulation also extended the time for Harrington to file its reply in support of the motion. *Id.* The stipulation did not affect the hearing date. *Id.*
- To stipulate to extend the time for Harrington to file its reply in support of its Motion to Dismiss for Lack of Personal Jurisdiction, Dkt. 156, which required moving the hearing date. Dkt 160.
- To stipulate that Snowdy would file his response to Cohodes's Second Amended Complaint by November, 5, 2024, and Guy and Harrington would file their response to Cohodes's SAC by November 15, 2024. Dkt. 172. The stipulation set a hearing date of January 14, 2025 for any motions to dismiss the SAC. *Id.*
- On October 30, 2024, the Court set the existing case schedule that that parties currently seek to modify. Dkt. 175.
- To stipulate that Snowdy would file his response to Cohodes's SAC by November 12, 2024, and Guy and Harrington would file their response to Cohodes's SAC by November 22, 2024. Dkt. 179. The stipulation did not change the January 14, 2025 hearing date for any motions to dismiss the SAC. *Id.*
- To stipulate to a one-week extension of time for Guy and Harrington to answer the SAC. Dkt. 182.
- To stipulate to a seven-day extension of time for Snowdy to answer the SAC. Dkt. 184.
- To stipulate to an additional eighteen-day extension of time for Guy and Harrington to answer the SAC. Dkt. 186.
- To stipulate to an additional six-day extension of time for Snowdy to answer the SAC. Dkt. 187.
- To shorten the time for a hearing on Guy and Harrington's motion to withdraw as

counsel. Dkt. 191

- To modify the case schedule. Dkt. 218.
- To modify the case schedule. Dkt. 251.
- To modify the case schedule. Dkt. 258.

THEREFORE, Cohodes, Guy, Harrington, Snowdy, and MiMedx jointly request that the Court enter an order modifying the case schedule as set forth in the above chart.

The declaration required by Local Rule 6-2(a) is attached.

**IT IS SO STIPULATED.**

Dated: July 27, 2026

Respectfully submitted,

THE NORTON LAW FIRM PC

By: */s/ Gil Walton*
Gil Walton
Attorneys for Plaintiff
MARC COHODES

Dated: July 27, 2026

Respectfully submitted,
LAW OFFICE OF ARIC N. WILLIAMS

By: */s/ Aric N. Williams*
Aric N. Williams
Attorneys for Defendants
DANIEL GUY and HARRINGTON GLOBAL OPPORTUNITIES FUND, LTD

Dated: July 27, 2026

Respectfully submitted,
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP

By: */s/ Gustavo D. Lage*
Gustavo D. Lage
Attorneys for Defendant
DERRICK SNOWDY

Dated: July 27, 2026

Respectfully submitted,
STINSON LLP

By: */s/ Ashley R. Fickel*
Ashley R. Fickel
Attorneys for Defendant
MIMEDX GROUP, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:______________

______________________________________
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE

# ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

*/s/ Gil Walton*

Gil Walton