FRED NORTON (CA SBN 224725)
fnorton@nortonlaw.com
GIL WALTON (CA SBN 324133)
gwalton@nortonlaw.com
MATTHEW LISCOVITZ (SBN 334381)
mliscovitz@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Plaintiff
MARC COHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC COHODES, an individual,<br><br>Plaintiff,<br>v.<br><br>MIMEDX GROUP, INC., a Florida corporation, DERRICK SNOWDY, an individual; and DANIEL GUY, an individual; and HARRINGTON GLOBAL OPPORTUNITIES FUND, LTD, a Bermuda corporation,<br><br>Defendants. | Case No. 3:22-CV-00368-RFL (KAW)<br><br>**DECLARATION OF GIL WALTON IN SUPPORT OF JOINT STIPULATION TO MODIFY CASE SCHEDULE** |

I, Gil Walton, declare as follows:

1. I am an attorney admitted to practice in California and before this Court. I am Counsel at The Norton Law Firm, PC, and counsel for Plaintiff Marc Cohodes in this action. I submit this declaration in support of Cohodes; Defendant Derrick Snowdy; Defendant Daniel Guy; Defendant Harrington Global Opportunities Fund, Ltd.; and Defendant MiMedx Group, Inc.'s (together, the "Parties") Joint Stipulation to Modify Case Schedule.

2. Cohodes filed this lawsuit against Guy, Snowdy, and MiMedx on January 19, 2022. Dkt. 1. After engaging in jurisdictional discovery and litigating a series of motions to dismiss and motions to strike, Cohodes filed his Second Amended Complaint on October 15, 2024. Dkt. 171.

3. The Court held a Case Management Conference in this matter on October 30, 2024, and ordered that the last day to hear anti-SLAPP motions was January 14, 2025. Dkt. 175. On November 18, 2024, Cohodes, Snowdy, Guy, and Harrington stipulated that Cohodes would dismiss his claims for defamation and false light invasion of privacy, and in exchange, Snowdy, Guy, and Harrington would "not file further anti-SLAPP motions to strike in this matter." That stipulation further states that Snowdy's, Guy's, and Harrington's answers to the SAC would be due on December 13, 2024. Dkt. 181.

4. On December 13, 2024, Cohodes agreed as a courtesy to a seven-day extension of time for Snowdy to answer the SAC. Dkt. 184. On December 20, 2024, Cohodes agreed to an additional six-day extension of time for Snowdy to answer the Second Amended Complaint. Dkt. 187. On December 26, 2024, Snowdy filed his Answer to the Second Amended Complaint. Dkt. 188.

5. On December 3, 2024, Cohodes agreed as a courtesy to a one-week extension of time for Guy and Harrington to answer the SAC. Dkt. 182. On December 18, 2024, Cohodes agreed as a courtesy to another extension of time to January 8, 2025, for Guy and Harrington to answer the SAC. Dkt. 186.

6. On March 3, 2025, Guy and Harrington filed their Answer to the SAC. Dkt. 202.

7. The above-described extensions of time have slowed discovery in this case.

8. There have been additional delays in this case:

a. Following a request by Cohodes for a telephonic conference regarding discovery issues, on October 23, 2025, Magistrate Judge Westmore ordered that "Defendant

Snowdy shall supplement his responses to [Cohodes's] RFAs and produce all responsive documents within seven calendar days of the date of this order, as well as a privilege log as to any documents being withheld on the grounds of privilege." Dkt. 244. On October 31, 2025, Snowdy served amended responses to Cohodes's requests for production and a privilege log. Snowdy then made a production of documents on November 3, 2025. Counsel for Cohodes and Snowdy are meeting and conferring regarding Snowdy's discovery responses, privilege log, and document production.

b. In response to Cohodes's request for production of documents, MiMedx served a privilege log on July 22, 2025. Since then, MiMedx and Cohodes have met and conferred several times in an effort to narrow their disputes over the scope of the privilege log. MiMedx and Cohodes anticipate resolving issues regarding MiMedx's privilege log through settlement.

c. Counsel for Cohodes served letter rogatory schedules on Canadian witnesses Naomi Lutes and Tom Klatt. After several meet-and-confers, Canadian counsel for Lutes and Klatt agreed to depositions and will shortly provide availability for Lutes and Klatt. Once counsel for Cohodes has received Lutes' and Klatt's availability, they will coordinate mutually agreeable deposition dates with Defendants' counsel.

d. The parties have noticed depositions of parties that have not yet taken place, including the depositions of Cohodes, Snowdy, Guy, and Harrington's 30(b)(6) witness. The parties are in the process of negotiating mutually agreeable dates for those depositions and are attempting to resolve disputes related to the scope and duration of some of those depositions.

e. To date, the parties have taken the depositions of several nonparty witnesses, including former MiMedx employees Leana (Moss) Tatum, Lexi Haden, Mark Landy, and Bill Taylor. Cohodes has also served deposition subpoenas on several other non-party witnesses, including Parker "Pete" Petit, the former CEO of MiMedx. *Id.* Counsel for Cohodes has met and conferred with counsel for some of these non-party witnesses

and has been informed that at least one witness may be unavailable before the current close of fact discovery due to a personal medical issue.

9. For these reasons, the Parties jointly request the following extensions of the current case deadlines to allow for the Parties to complete discovery:

| **Event** | **Existing Deadline** | **Extended Deadline** |
|---|---|---|
| Updated Case Management Statement | July 15, 2026 | August 26, 2026 |
| Last Day to Notice Depositions | July 24, 2026 | September 4, 2026 |
| Further Case Management Conference | July 29, 2026 | September 9, 2026 |
| Close of Fact Discovery | August 21, 2026 | October 2, 2026 |
| Initial Expert Reports | August 28, 2026 | October 9, 2026 |
| Rebuttal Expert Reports | September 25, 2026 | November 6, 2026 |
| Close of Expert Discovery | October 23, 2026 | December 4, 2026 |
| Dispositive Motions Due | November 13, 2026 | January 8, 2027 |
| Dispositive Motion Hearing | December 8, 2026 | February 2, 2027 |
| Pretrial Conference | February 16, 2027 | April 13, 2027 |
| Jury Trial | March 22, 2027 | May 24, 2027 |

10. There have been previous time modifications in this case, in addition to those described above.

a. On February 16, 2022, Cohodes and MiMedx stipulated to extend the time for MiMedx to answer or otherwise respond to the Complaint to March 3, 2022. Dkt. 11. On April 4, 2022, Cohodes and Guy stipulated to extend the time for Guy answer to or otherwise respond to the Complaint to May 11, 2022. Dkt. 24. On May 4, 2022, Cohodes and Guy again stipulated to extend the time for Guy to answer or otherwise respond to the Complaint to May 18, 2022. Dkt. 41. On May 17, 2022, Cohodes and Snowdy stipulated to extend the time for Snowdy to answer or otherwise respond to the Complaint to June 1, 2022. Dkt. 43. On May 31, 2022, Cohodes and Snowdy again stipulated to extend the time for Snowdy to answer or otherwise respond to the

Complaint to June 15, 2022. Dkt. 44.

b. On June 8, 2022, Guy filed a motion to dismiss the Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). Dkt. 49. On June 15, 2022, Snowdy filed a motion to dismiss and a special motion to strike. Dkts. 51, 52.

c. On October 27, 2022, this Court denied Guy's motion to dismiss without prejudice, concluding that jurisdictional discovery was warranted. Dkt. 75. The Court ordered that jurisdictional discovery be completed by February 27, 2023, and that Cohodes file his amended complaint, "includ[ing] the facts he will rely on for specific jurisdiction over Guy," by March 13, 2023. *Id.* at 5. The Court noted that Guy may "renew the motion to dismiss as warranted by developments." *Id.*

d. On February 22, 2023, Snowdy's motion to dismiss and special motion to strike were terminated without prejudice to renewal after Cohodes's amended complaint was filed. Dkt. 81.

e. On April 3, 2023, the Court granted the Parties' stipulation to extend the deadline to complete jurisdictional discovery to July 31, 2023, and simultaneously extended the deadline for Cohodes to file his amended complaint to August 18, 2023. Dkt. 84.

f. On July 19, 2023, the Court granted the Parties' stipulation to extend the deadline to complete jurisdictional discovery to October 2, 2023, and simultaneously extended the deadline for Cohodes to file his amended complaint to October 20, 2023. Dkt. 90.

g. On October 6, 2023, the Court ordered that the deadline to complete jurisdictional discovery would be extended to December 4, 2023, and the Court simultaneously extended the deadline for Cohodes to file his amended complaint to December 18, 2023. Dkt. 102.

h. On December 18, 2023, Cohodes filed his First Amended Complaint. Dkt. 117.

i. On January 16, 2024, Cohodes, Snowdy, and Guy stipulated that Snowdy's and Guy's responses to the FAC would be due no later than January 31, 2024. Dkts. 122, 123.

j. On February 5, 2024, Cohodes, Snowdy, and Guy stipulated that Cohodes's

oppositions to Guy's motion to dismiss and Snowdy's motion to dismiss and special motion to strike would be due no later than March 1, 2024. Cohodes, Guy, and Snowdy also stipulated that Guy's and Snowdy's replies in support of their motions would be due no later than March 15, 2024. Cohodes, Guy, and Snowdy requested that the hearing on these motions be set for April 16, 2024. Dkt. No. 131. The Court granted the Parties' stipulation on February 5, 2024. Dkt. No. 132.

k. On February 26, 2024, Cohodes and Guy stipulated and agreed to extend the time for Cohodes to oppose Guy's motion to dismiss to March 8, 2024, and simultaneously agreed to extend the time for Guy to reply to March 22, 2024. Dkt. 133. The Court granted the stipulation on February 27, 2024. Dkt. 134.

l. On June 7, 2024, Cohodes and Harrington stipulated and agreed that Cohodes would have until June 26, 2024, to file his opposition to Harrington's motion to dismiss and Harrington would have until July 12, 2024 to file its reply. The Court granted the stipulation on June 12, 2024. Dkt. 158.

m. On July 8, 2024, Cohodes and Harrington's counsel made a stipulated request to extend Harrington's time to file its reply in support of its Motion to Dismiss Cohodes's FAC and to move the hearing date due on that motion to August 6, 2024, due to a hurricane that hit Houston, where Harrington's former counsel's offices were located, in July 2024. The Court granted that stipulation on July 9, 2024. Dkt. 161.

n. On October 15, 2024, Cohodes and Snowdy, Guy, and Harrington filed a stipulated request for the briefing and hearing schedule for Snowdy, Guy, and Harrington's responses to Cohodes's Second Amended Complaint. The Court granted the stipulation on October 16, 2024, setting a hearing date of January 14, 2025. Dkt. 172.

o. On November 5, 2024, Cohodes and Snowdy, Guy, and Harrington filed a stipulated request modifying the briefing schedule for Snowdy, Guy, and Harrington's responses to Cohodes's SAC. Dkt. 179. The request did not seek to modify the January 14, 2025 hearing date. *Id.* The Court The Court granted the stipulation the same day. Dkt. 180.

p. On June 10, 2025, the parties filed a joint stipulation to modify the case schedule. Dkt. 218. The Court granted the stipulation with modifications on June 11, 2025. Dkt. 219.

q. On November 26, 2025, the parties filed a joint stipulation to modify the case schedule. Dkt. 251. The Court granted the stipulation. Dkt. 252.

r. On April 29, 2026, the parties filed a joint stipulation to modify the case schedule. Dkt. 258. The Court granted the stipulation with modifications on May 5, 2026. Dkt. 260.

I declare under penalty of perjury under the laws of California and the United States that the above statements of fact are true and correct to the best of my knowledge and belief, and that this declaration was executed on July 27, 2026, in Oakland, California.

Dated: July 27, 2026

*/s/ Gil Walton*
Gil Walton